STATE OF CONNECTICUT *v.* STEVE DATTILO
(6618)

BORDEN, SPALLONE and DALY, Js.

Argued December 20, 1988—decision released January 3, 1989

*Robert M. Casale,* with whom, on the brief was *Tara L. Knight,* law student intern, for the appellant (defendant).

*Paul J. Ferencek,* deputy assistant state's attorney, with whom, on the brief, was *Timothy Pothin,* former assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.